IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| ROBERT W. VALENTI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:07-cv-3038-TLW-TER |
| | ) | |
| vs. | ) | |
| | ) | |
| MIKE GREEN, STEPHEN J. ELLS, | ) | |
| DUNES INVESTMENTS, DUNES | ) | |
| MORTGAGE, DARIN EPPS, GREG | ) | |
| T. WARREN, KELLY W. WARREN, | ) | |
| DANIEL A. STICKLER, and NEEVES | ) | |
| APPRAISAL COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Plaintiff's motion for order of dismissal be granted. (Doc. # 117). Objections were due by June 1, 2010. No objections have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

1

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 117). Therefore, Plaintiff's motion for order of dismissal is **GRANTED**. (Doc. # 113). The claims against Defendant Stephen J. Ells are dismissed with prejudice, and the remaining claims against the other named Defendants are dismissed without prejudice.

**IT IS SO ORDERED**.

____s/Terry L. Wooten____
United States District Judge

July, 21 2010
Florence, South Carolina