# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Robert W. Valenti <br> *Plaintiff* <br> v. <br> Mike Green, Stephen J. Ells et al <br> *Defendant* | ) ) ) ) ) Civil Action No. 4:07-cv-3038-TLW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is hereby ORDERED that the Magistrate Judges Report and Recommendation is ACCEPTED 117. Therefore, Plaintiffs motion for order of dismissal is GRANTED. The claims against Defendant Stephen J. Ells are dismissed with prejudice, and the remaining claims against the other named Defendants are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge.

Date: July 21, 2010

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*